PS 8
(3/15)

Case 2:15-cr-00133-SMJ   Document 155   Filed 12/28/16

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 28, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Fleitas, Carlos Manuel | Docket No. | 2:15CR00133-SMJ-3 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW   Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Carlos Manuel Fleitas, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Cynthia Imbrogno, sitting in the Court at Spokane, Washington, on the 26th day of May 2016, under the following conditions:

**Special Condition #28:** GPS Monitoring: The Defendant shall participate in a program of GPS confinement.  The Defendant shall wear, at all times, a GPS device under the supervision of U.S. Probation.  In the event the Defendant does not respond to GPS monitoring or cannot be found, the U.S. Probation Office shall forthwith notify the United States Marshals' Service, who shall immediately find, arrest and detain the Defendant.  The Defendant shall pay all oar part of the cost based on ability to pay as determined by the U.S. Probation Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** A GPS jam detect alert occurred on the defendant's location monitoring equipment on November 11, 2016.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   December 28, 2016

by   s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS
[X]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

December 28, 2016

Date