UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:15-CR-0133-SMJ-3 |
| Plaintiff, | ORDER DENYING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE |
| v. | |
| CARLOS MANUEL FLEITAS, | |
| Defendant. | |

**BEFORE THE COURT** is Defendant's April 6, 2017, motion to modify conditions of pretrial release, ECF No. 181, and the Government's response in opposition to the motion, ECF No. 185.

Defendant seeks to remove the requirement that he participate in a GPS confinement program. ECF No. 181. Defendant indicates that the United States Probation Department for the Eastern District of Washington, after conferring with the local supervisor of Mr. Fleitas in Miami, Florida, does not oppose the motion to modify. The Government, however, objects to the modification and argues Defendant presents as a danger to the community and a flight risk if his location is not monitored. ECF No. 185 at 5.

The Court has considered Defendant's motion, and finds no material change in circumstances since Defendant's conditions of release were imposed. *See* 18

ORDER - 1

U.S.C. § 3142(f)(2)(B).  Accordingly, the Defendant's Motion, **ECF No. 181,** is **DENIED.**  Defendant shall abide by all previous conditions of release.

**IT IS SO ORDERED.**

DATED April 12, 2017.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE