✎ PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Fleitas, Carlos Manuel | Docket No. | 2:15CR00133-SMJ-3 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, U.S. Probation Officer, presenting an official report upon the conduct of defendant Carlos Manuel Fleitas, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Cynthia Imbrogno, sitting in the Court at Spokane, Washington, on the 26th day of May 2016, under the following conditions:

**Standard Condition #1:** Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Office and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant was charged by criminal complaint in U.S. District Court, Southern District of Florida, with conspiracy to commit access device fraud and access device fraud on or about April 27, 2017.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: May 1, 2017

by    s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer
**John T. Rodgers, United States Magistrate Judge**

Date **May 1, 2014**